# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

KEISHAWN CRANFORD,

            Plaintiff,

   v.

STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

            Defendants.

Case No. 2:16-cv-01755-APG-CWH

**ORDER FOR STATUS REPORT**

      IT IS ORDERED that **on or before January 6,** 2017, the parties shall file a joint status report as to what, if anything, remains of this case following the stipulation for dismissal with prejudice as between plaintiff Keishawn Cranford and defendants Romeo Aranas, Troy Ternes, and Dwight Neven. *See* ECF No. 9.  In particular, the parties should address whether claims remain related to defendants listed in the caption of the complaint (ECF No. 1-2) that are not included in the stipulation to dismiss.

      DATED this 19th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE