# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEISHAWN CRANFORD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-01755-APG-CWH<br><br>**ORDER** |

In light of the parties' status report (ECF No. 11),

IT IS ORDERED that the clerk of court is directed to close this case.

DATED this 22nd day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE